OSCN Found Document:REINSTATEMENT OF CREDENTIALS OF CERTIFIED AND REGISTERED COURTROOM INTERPRETERS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 REINSTATEMENT OF CREDENTIALS OF CERTIFIED AND REGISTERED COURTROOM INTERPRETERS
2025 OK 32
Decided: 05/12/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 32, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

ORDER

The Oklahoma Board of Examiners of Certified Courtroom Interpreters recommended to the Supreme Court of Oklahoma that the credential of the following interpreters:

Maria Argueta

Edgar Escalante

Francisca Padilla

Carol Simmons

Angel Vides

be reinstated as they have complied with the continuing education requirements for 2024 and annual certificate renewal requirements for 2025 and have paid all applicable fees.

IT IS HEREBY ORDERED pursuant to 20 O.S., Chapter 23, App. 1, Rules 18 and 20, the credentials of the above listed Interpreters be reinstated from the suspension earlier imposed by this Court:

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 12th day of MAY, 2025.

/s/ CHIEF JUSTICE

ALL JUSTICES CONCUR.

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105